IN THE DISTRICT COURT OF THE UNITED STATES

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:22CR193-BHH(1) |
| | ) | |
| | ) | **ORDER GRANTING CONSENT MOTION** |
| vs. | ) | **TO DELAY REPORTING DATE** |
| | ) | |
| **DAVID HIERS** | ) | |

On April 18, 2023, Defendant appeared before this Court and entered a guilty plea to Conspiracy to Commit Mail Fraud and Wire Fraud in violation of 18 U.S.C. §§ 1341, 1343 and 1349. On November 2, 2023, the Court sentenced Defendant to serve a 36-month term of imprisonment with a five-year term of supervised release to follow.

At the conclusion of Defendant's sentencing hearing, the Court allowed Defendant to self-report to begin serving his sentence. The government did not oppose Defendant being allowed to self-report.

Defendant has been notified to report to FCI Williamsburg SCP no later than 12:00 p.m. on January 4, 2024. Due to the circumstances set forth in Defendant's Motion and considering the Government's consent to Defendant's motion, the Court finds that for good cause shown, the Defendant shall be allowed to delay his reporting date until January 29, 2024, at such time as designated by the Bureau of Prisons.

Accordingly, Defendant's Motion to Delay Reporting Date is hereby **GRANTED** and Defendant shall report to the Bureau of Prisons on January 29, 2024, at such time as designated by the Bureau of Prisons.

**AND IT IS SO ORDERED.**

_____
BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

____December 19_____, 2023

Charleston, South Carolina